UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MILDRED TARTAR,

                          Plaintiff,                        19 CIVIL 3796 (KMK)(LMS)

          -v-                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           February 5, 2020

                                                       **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                                    BY:

                                                         **Deputy Clerk**